UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CPW AMERICA CO.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-5202** |
| **SPRINGWOOD M/V, ET AL.** | **SECTION: "K"(5)** |

### ORDER

     L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. Plaintiff's Counsel has indicated to the Court that he does not oppose the Motion to Stay Pending Arbitration (Rec.Doc.No. 15) set for hearing on July 25, 2007.

     Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion (Rec.Doc.No. 15) is **GRANTED** and the above-captioned proceeding is **ADMINISTRATIVELY CLOSED** for statistical purposes pending the outcome of the arbitration hearing.

**IT IS FURTHER ORDERED** that this proceeding can be reopened by any party upon the filing of an appropriate motion requesting that the Court reopen the case in addition to setting forth the substantive relief sought from the Court.

New Orleans, Louisiana, on this __17th__ day of July, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**